United States District Court

Eastern District of California

Michael Dean Garvey,

        Plaintiff,        No. Civ. S-03-1923 LKK PAN P

    v.

                                        Order

United States Department of Justice, Office of International Affairs,

        Defendant.

—oOo—

Plaintiff and defendant hereby are directed to file and serve, within 30 days, separate status reports describing the current posture of the case and addressing the following matters:

(a) Identification of remaining claims and defenses;

(b) Jurisdiction and venue;

(c) Anticipated motions and the scheduling thereof;

(d) Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    (e) Future proceedings, including appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial conference and trial;

    (f) Appropriateness of special procedures;

    (g) Estimate of trial time;

    (h) Modification of standard pretrial procedures specified by the rules, due to the relative simplicity or complexity of the action or proceeding;

    (i) Whether the case is related to any other case, including any matters in bankruptcy;

    (j) Whether a settlement conference should be scheduled; (k) Any other matters that may add to the just and expeditious disposition of this case.

    Parties appearing without counsel are advised that even though the court will construe their pleadings liberally, the court requires them to comply with all procedural rules governing this action and that failure to obey the federal rules of procedure and local rules and orders of this court may result in dismissal of this action.

    So ordered.

    Dated:  December 20, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge