```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10                                      )
    MICHAEL DEAN GARVEY,                )   2:02-cv-2743-GEB-DAD
11                                      )
              Plaintiff,                )
12                                      )
         v.                             )
13                                      )
    DAVID KEYES, et al.,                )
14                                      )
              Defendants.               )
15  _____ )
                                        )
16  MICHAEL DEAN GARVEY,                )   2:03-cv-767-GEB-DAD
                                        )
17            Plaintiff,                )
                                        )
18       v.                             )
                                        )
19  DAVID KEYES, et al.,                )
                                        )
20            Defendants.               )
    _____ )
21                                      )
    MICHAEL DEAN GARVEY,                )   2:03-cv-1691-GEB-DAD
22                                      )
              Plaintiff,                )
23                                      )
         v.                             )
24                                      )
    DAVID KEYES, et al.,                )
25                                      )
              Defendants.               )
26  _____ )
27                       NON-RELATED CASE ORDER
28
```

```
 1                                      )
    MICHAEL DEAN GARVEY,                 )    2:03-cv-1923-LKK-PAN(JFM)-P
 2                                      )
                Plaintiff,               )
 3                                      )
         v.                              )
 4                                      )
    U.S. DEPARTMENT OF JUSTICE           )
 5  OFFICE OF INTERNATIONAL              )
    AFFAIRS,                             )
 6                                      )
                Defendant.               )
 7  _____)
```

On March 2, 2006, Defendant in action number 03-cv-1923-LKK-PAN(JFM)-P, filed a "Notice of Related Cases" document, in which Defendant indicates the above-captioned cases are related within the meaning of Local Rule 83-123. However, it has been determined that action number 03-cv-1923-LKK-PAN(JFM)-P is not related.

IT IS SO ORDERED.

Dated: March 17, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2