IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GARVEY,

      Plaintiff,                No. CIV S-03-1923 LKK PAN P

   vs.

U.S. DEPARTMENT OF JUSTICE,
OFFICE OF INTERNATIONAL
AFFAIRS,

      Defendant.           <u>ORDER</u>

_____/

      Plaintiff is a former prisoner proceeding pro se with this civil action brought to compel production of documents under the Freedom of Information Act, 5 U.S.C. § 552 et seq. Pursuant to court order, the parties have filed status reports.

      After review of the status reports filed by the parties and rest of the record herein, and good cause appearing, IT IS HEREBY ORDERED that the parties are granted thirty days from the date of this order in which to file and serve, as appropriate, motions for discovery and/or

/////

/////

/////

/////

1  dispositive motions.  All such motions shall be briefed in accordance with the provisions of Local
2  Rule 78-230(m) and applicable provisions of the court's order filed May 18, 2005.
3  DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
garv1923.o