IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GARVEY,

    Plaintiff,                      No. CIV S-03-1923 LKK EFB P

    vs.

U.S. DEPARTMENT OF JUSTICE,
OFFICE OF INTERNATIONAL
AFFAIRS,

    Defendant.                  <u>ORDER</u>

_____/

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: October 24, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE